# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:20-CV-00562-RJC-DSC

| | |
|---|---|
| **MICHAEL WARSHAWSKY et. al.,** )<br>)<br>**Plaintiffs,** )<br>)<br>v. )<br>)<br>**CBDMD INC et. al.,** )<br>)<br>**Defendants.** ) | **ORDER** |

**THIS MATTER** is before the Court on the "Motion for Admission *Pro Hac Vice* and Affidavit [for Paul G. Karlsgodt]" (document #7) filed February 1, 2021. For the reasons set forth therein, the Motion will be granted

The Clerk is directed to send copies of this Order to counsel for the parties and to the Honorable Robert J. Conrad, Jr.

**SO ORDERED**.

Signed: February 2, 2021

David S. Cayer
United States Magistrate Judge