# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:20-CV-00562-RJC-DSC

| | |
|---|---|
| **MICHAEL WARSHAWSKY et al.,** | )<br>) |
| Plaintiffs, | )<br>) |
| v. | )      **ORDER** <br>) |
| **CBDMD INC. AND CBD INDUSTRIES LLC.,** | )<br>)<br>) |
| Defendants. | ) |

**THIS MATTER** is before the Court on the "Motion for Admission *Pro Hac Vice* and Affidavit [for M. Anderson Berry]" (document #15) filed May 13, 2022. For the reasons set forth therein, the Motion will be granted.

The Clerk is directed to send copies of this Order to counsel for the parties and to the Honorable Robert J. Conrad, Jr.

**SO ORDERED**.

Signed: May 16, 2022

David S. Cayer
United States Magistrate Judge