**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**

| | |
|---|---|
| MICHAEL WARSHAWSKY and MICHAEL STEINHAUSER, on behalf of themselves and all others similarly situated, | |
| Plaintiffs, | Case No. 3: 20-cv-00562 |
| v. | |
| CBDMD, INC. and CBD INDUSTRIES LLC, | |
| Defendants. | |

**PLAINTIFFS' UNOPPOSED MOTION FOR**
**FINAL APPROVAL OF CLASS ACTION SETTLEMENT**

Plaintiffs Michael Warshawsky and Michael Steinhauser ("Plaintiffs"), individually and on behalf all others similarly situated, through undersigned counsel, respectfully move, unopposed, for an order: (1) granting final approval of the proposed settlement as memorialized in the Settlement Agreement (ECF 11-2); (2) finally certifying the Settlement Class pursuant to Federal Rule of Civil Procedure 23(b)(3) and (e); and (3) granting Plaintiff's motion for fees, costs, expenses, and service awards (ECF No. 17). Concurrently herewith, Plaintiffs submit a memorandum of law and accompanying declarations in support of this motion. A proposed order, agreed to between the partis, is attached as Exhibit G to the Settlement Agreement previously filed with the Court. (ECF 11-2).

Dated: July 19, 2022

Respectfully submitted,

/s/ *Jean S. Martin*
JEAN S. MARTIN
NC 27503

1

**MORGAN & MORGAN**
**COMPLEX LITIGATION GROUP**
201 N. Franklin Street, 7th Floor
Tampa, Florida 33602
(813) 559-4908
jeanmartin@ForThePeople.com

M. ANDERSON BERRY
**CLAYEO C. ARNOLD,**
**A PROFESSIONAL LAW CORP.**
865 Howe Avenue
Sacramento, CA 95825
(916) 239-4778
aberry@justice4you.com


*Class Counsel for Plaintiffs and the Settlement*
*Class*

## CERTIFICATE OF SERVICE

I, Jean Sutton Martin, certify that I caused the foregoing to be electronically filed in this case on July 19, 2022, using the Court's CM/ECF System, thereby serving it upon all counsel of record in this case.

> /s/ *Jean Sutton Martin*
> JEAN MARTIN
> **MORGAN & MORGAN**
> **COMPLEX LITIGATION GROUP**
> 201 N. Franklin Street, 7th Floor
> Tampa, Florida 33602
> (813) 559-4908
> jeanmartin@ForThePeople.com